MICHAEL E. WILBUR (State Bar No. 152361)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
Email:  mwilbur@fosteremploymentlaw.com

Attorneys for Defendants
CALDWELL TRANSPORT COMPANY, LLC;
CALDWELL TRANSPORT COMPANY, INC.;
CAL REB, LLC; and DAVID BEMIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADRID MILLER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CALDWELL TRANSPORT COMPANY, LLC, an Oklahoma Limited Liability Company; CALDWELL TRANSPORT COMPANY, INC., an Oklahoma Corporation; CAL REB, LLC, an Oklahoma Limited Liability Company; DAVID BEMIS, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02060-TLN-AC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Date State Action Filed:  June 11, 2018 |

It is hereby stipulated by and between parties hereto through their respective attorneys that Defendants CALDWELL TRANSPORT COMPANY, LLC; CALDWELL TRANSPORT COMPANY, INC.; CAL REB, LLC; and DAVID BEMIS may have additional time within which to answer or otherwise respond to Plaintiff's complaint. Therefore, the last day for Defendants to answer or otherwise respond to Plaintiff's complaint is August 31, 2018.

This document is being filed electronically through the Court's ECF system. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all

**FOSTER**employmentlaw
3000 Lakeshore Avenue
Oakland, California 94610

persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: August 3, 2018  FOSTER EMPLOYMENT LAW

By: /s/ Michael Wilbur
MICHAEL E. WILBUR
Attorney for Defendants
CALDWELL TRASNPORT COMPANY, INC.;
CALDWELL TRANSPORT COMPANY, LLC;
CAL REB, LLC;
and DAVID BEMIS

Dated: August 3, 2018

SHIMODA LAW CORP.

By: /s/ Galen Shimoda
GALEN SHIMODA
Attorney for Plaintiff
MADRID MILLER

2

*MADRID MILLER V. CALDWELL TRANSPORT COMPANY, LLC, ET AL.*   STIPULATION TO EXTEND TIME; ORDER
*CASE NO. 2:18-CV-02060-TLN-AC*

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants should answer or otherwise respond to Plaintiff's Complaint on or before August 31, 2018.

Dated: August 10, 2018

_____
Troy L. Nunley
United States District Judge

3

*MADRID MILLER V. CALDWELL TRANSPORT COMPANY, LLC, ET AL.*  *STIPULATION TO EXTEND TIME; ORDER*
*CASE NO. 2:18-CV-02060-TLN-AC*