1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Erika R. C. Sembrano (Cal. State Bar No. 306635)
2  **Shimoda Law Corp.**
   9401 East Stockton Boulevard, Suite 200
3  Elk Grove, CA 95624
   Telephone: (916) 525-0716
4  Facsimile: (916) 760-3733
   Email: attorney@shimodalaw.com
5         esembrano@shimodalaw.com

6  Attorneys for Plaintiff MADRID MILLER,
   on behalf of himself and similarly situated employees
7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADRID MILLER, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALDWELL TRANSPORT COMPANY, LLC, an Oklahoma Limited Liability Company; CALDWELL TRANSPORT COMPANY, INC., an Oklahoma Corporation; CAL REB, LLC, an Oklahoma Limited Liability Company; DAVID BEMIS, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-02060-TLN-AC**<br>*(formerly Sacramento County Superior Court Case No. 34-2018-00234594)*<br><br>**STIPULATION TO REMAND ACTION TO STATE COURT; ORDER** |

---

**PARTIES' STIP TO REMAND ACTION TO STATE COURT; ORDER**    2:18-cv-02060-TLN-AC    1

The Parties, through their counsel, stipulate that this Action be remanded to the Superior Court of the State of California for the County of Sacramento, with each party bearing his/its own attorneys' fees and costs associated with the removal and remand.

SO STIPULATED.

**Shimoda Law Corp.**

Dated: September 5, 2018	By:	/s/Galen T. Shimoda
		Galen T. Shimoda
		Erika R. C. Sembrano
		Attorneys for Plaintiff

**Foster Employment Law**

Dated: September 5, 2018	By:	/s/Michael E. Wilbur
		Michael E. Wilbur (authorized on 9/5/18)
		Attorneys for Defendants

**ORDER**

Having reviewed the above stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (ECF No. 7), previously scheduled to be heard on September 20, 2018, will be removed from calendar; and that this cause be remanded to the Superior Court of the State of California, County of Sacramento. The Court further orders that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order to Remand. The State Court may thereupon proceed with this case.

SO ORDERED.

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge